IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01654-LTB-MJW

ANNE LUKANC,

Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

Defendant.

Entered by Magistrate Judge Michael J. Watanabe

On September 29, 2005, the Court was informed by plaintiff's counsel, David Larson, that this case has been resolved in its entirety.

It is hereby ORDERED that on or before October 14, 2005, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a), or a status report addressing why dismissal has not been accomplished.

Date:  September 29, 2005